

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING<br><br>USA V. BIEL BIEL, PUOL PUOL, ▬▬▬, ▬▬▬, JUSTIN BACK, JEREMY HAYES, AND HASSAN MUSA (8:25CR186) | August 22, 2025 |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District Of Nebraska | Patrick C. McGee<br>AUSA |

Be advised that the above Defendants are now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒   Unseal the CR#, but the underlying Indictment filing should remain sealed.

☐   Unseal the Magistrate Judge Case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐   Unseal the Magistrate Judge Case but the underlying Complaint and Affidavit should remain **Restricted**